UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FEDERAL HOME LOAN MORTGAGE CORPORATION,

                Plaintiff,

  v.

LEIF R. GUSTAFSON, et al.,

                Defendants.

Case No. C15-673-RAJ

**REPORT AND RECOMMENDATION**

Defendant Leif R. Gustafson, proceeding *pro se*, has filed a Notice of Removal of an unlawful detainer action originating in Whatcom County Superior Court, accompanied by an application to proceed *in forma pauperis* ("IFP"). Dkt. 1. On May 5, 2015, the Court notified Mr. Gustafson that his IFP application was deficient because he failed to use the correct form.[1] Dkt. 2. The Court provided the standard IFP forms to Mr. Gustafson and directed him to cure his deficient IFP application no later than June 5, 2015. *Id.* As of June 8, 2015, Mr. Gustafson has failed to do so. Accordingly, the Court recommends Mr. Gustafson's IFP application be denied and that he be directed to pay the filing fee in this case or the case will be dismissed.

A proposed order accompanies this Report and Recommendation. Objections, if any, to

---

[1] The Court notes further that, in order for the defendants in this matter to be eligible for IFP status, *each* defendant must file a completed IFP application. Local Civil Rule 3(b).

REPORT AND RECOMMENDATION - 1

1  this Report and Recommendation must be filed and served no later than **June 22, 2015**.  If no
2  objections are filed, the matter will be ready for the Court's consideration on **June 23, 2015**.
3  Objections shall not exceed five (5) pages.  The failure to timely object may affect the right to
4  appeal.

6  DATED this 8th day of June, 2015.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2