HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>LEIF R. GUSTAFSON, et al.,<br><br>    Defendants. | CASE NO. C15-673RAJ<br><br>ORDER REMANDING CASE |

This matter comes before the court on review of its May 13, 2015 order to show cause. The court ordered Defendants to show cause why it should not remand this case to Whatcom County Superior Court because this court lack subject matter jurisdiction. Defendants' response to the show cause order was due no later than May 28, 2015. They did not timely respond, and they have not responded since the deadline lapsed. The court observes that Defendants also have not responded to Plaintiff's motion to remand (which Plaintiff filed after the order to show cause issued) or to the court's instructions to address deficiencies in their motion to proceed in forma pauperis.

For all of the reasons stated in the order to show cause, the court concludes that it lacks subject matter jurisdiction over this action. This ruling moots both Plaintiff's motion for remand (Dkt. #4) and the Report and Recommendation (Dkt. # 6) of Magistrate Judge Brian A. Tsuchida as to Defendants' motion to proceed in forma pauperis. The clerk shall TERMINATE both the motion for remand and the Report and Recommendation.

ORDER – 1

The court directs the clerk to REMAND this action to Whatcom County Superior Court.

DATED this 10th day of June, 2015.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 2